Natalie D. Asbill-Bearor, SBN 281860
Robin K. Perkins, SBN 131252
PERKINS ASBILL, a Professional Law Corporation
707 Commons Drive, Suite 201
Sacramento, CA 95825
Telephone: (916) 446-2000
Facsimile: (916) 447-6400
Email: natalia@perkinsasbill.com

Attorneys for Plaintiff, Michael A. Barboza, Jr.

Forrest W. Hansen, SBN 235432
Merced County Counsel
Jenna M. Anderson, SBN 291467
Chief Deputy County Counsel
2222 M Street, 3rd Floor
Merced, CA  95340
Tel:    (209) 385-7564
Fax:    (209) 726-1337
Email: jenna.anderson@countyofmerced.com

Attorney for Defendants
J. Mason, and County of Merced

In the United States District Court

For the Eastern District of California, Fresno Division

| | |
|---|---|
| MICHAEL A. BARBOZA, JR., | Case No. 1:21-cv-01426-NONE-SKO |
| Plaintiff, | STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING AND EARLY DISCOVERY; ORDER |
| v. | |
| J. MASON and COUNTY OF MERCED, | (Doc. 6) |
| Defendants. | |

The parties, Plaintiff Michael A. Barboza, Jr. (hereinafter "Plaintiff") and Defendants County of Merced and J. Mason (hereinafter "Defendants"), by and through their attorneys hereby stipulate as follows:

1

## **STIPULATION**

2      WHEREAS, Plaintiff filed the operative Complaint on September 24,

3  2021;

4      WHEREAS, Defendants County of Merced and J. Mason's response to the

5  operative Complaint is due October 26, 2021;

6      WHEREAS, a Mandatory Scheduling Conference is set for January 13,

7  2022;

8      WHEREAS, the parties have discussed and agreed that early resolution of

9  this matter may be appropriate and that to better evaluate the case early and

10  have agreed to early discovery exchanges that may include but is not limited to

11  the following documents: Plaintiff's medical records and video footage from the

12  incident, operations plan regarding the planned search for weapons within the

13  related cell(s), evidence reports regarding the shot shell utilized during the

14  incident, use of force report, cleaning records of the weapon utilized, use of force

15  policy of the Department, any disciplinary records for use of force against Officer

16  Mason, any and all training records regarding the utilization of the Remington

17  800 and distraction rounds are necessary in advance of the January 13, 2022

18  Mandatory Scheduling Conference;

19      WHEREAS, in the interest of time and efficiency the parties have agreed

20  to extend Defendants County of Merced and J. Mason's time to file a responsive

21  pleading to allow for early discovery exchanges and possible resolution;

22      NOW THEREFORE, the parties agree and stipulate that:

23      1.      Defendants County of Merced and J. Mason's time to file a response

24  to Plaintiff's Complaint is extended from October 26, 2021 to December 10, 2021;

25      2.      Within 10 days of this stipulation, the parties shall meet and confer

26  about the most efficient method of obtaining Plaintiff's medical records, including

27  any necessary protective orders;

28

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

2

STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING AND EARLY
DISCOVERY; ORDER

1    3.    Within 10 days of this stipulation, the parties shall also meet and

2 confer about the release of Merced County Sheriff's Department video footage,

3 operations plan regarding the planned search for weapons within the related

4 cell(s), evidence reports regarding the shot shell utilized during the incident, use

5 of force report, cleaning records of the weapon utilized, use of force policy of the

6 Department, any disciplinary records for use of force against Officer Mason, any

7 and all training records regarding the utilization of the Remington 800 and

8 distraction rounds, including any necessary protective orders.

9        IT IS SO STIPULATED

10                                        Respectfully Submitted,

11

12 Dated: October 25, 2021            PERKINS ASBILL

13

                                      By: /s/ Natalia D. Asbill-Bearor (as authorized 10/25/2021)
14                                         Natalia D. Asbill-Bearor
15                                         Attorney for Plaintiff Michael
                                          Barboza, Jr.
16

17 Dated: October 25, 2021            Forrest W. Hansen
                                      Merced County Counsel
18

19                                    By:  /s/ Jenna M. Anderson
20                                         Jenna M. Anderson
                                          Chief Deputy County Counsel
21                                         Attorneys for Defendants

22

23

24

25

26

27

28

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

3

STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING AND EARLY
DISCOVERY; ORDER

**ORDER**

Pursuant to the parties' above stipulation (Doc. 6), and for good cause shown, the Court hereby ORDERS:

    1.    Defendants County of Merced and J. Mason's time to file a response to Plaintiff's Complaint is extended from October 26, 2021, to December 10, 2021;

    2.    Within 10 days of this stipulation, the parties shall meet and confer about the most efficient method of obtaining Plaintiff's medical records, including any necessary protective orders; and

    3.    Within 10 days of this stipulation, the parties shall also meet and confer about the release of Merced County Sheriff's Department video footage, operations plan regarding the planned search for weapons within the related cell(s), evidence reports regarding the shot shell utilized during the incident, use of force report, cleaning records of the weapon utilized, use of force policy of the Department, any disciplinary records for use of force against Officer Mason, and any and all training records regarding the utilization of the Remington 800 and distraction rounds, including any necessary protective orders.

IT IS SO ORDERED.

Dated:   __**October 26, 2021**__             __/s/ *Sheila K. Oberto*__

                                   UNITED STATES MAGISTRATE JUDGE

STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING AND EARLY DISCOVERY; ORDER