Natalia D. Asbill-Bearor, SBN 281860
Robin K. Perkins, SBN 131252
PERKINS ASBILL, a Professional Law Corporation
707 Commons Drive, Suite 201
Sacramento, CA 95825
Telephone: (916) 446-2000
Facsimile: (916) 447-6400
Email: natalia@perkinsasbill.com

Attorneys for Plaintiff, Michael A. Barboza, Jr.

Forrest W. Hansen, SBN 235432
Merced County Counsel
Jenna M. Anderson, SBN 291467
Chief Deputy County Counsel
2222 M Street, 3rd Floor
Merced, CA  95340
Tel:    (209) 385-7564
Fax:    (209) 726-1337
Email: jenna.anderson@countyofmerced.com

Attorney for Defendants
J. Mason, and County of Merced

In the United States District Court

For the Eastern District of California, Fresno Division

| MICHAEL A. BARBOZA, JR., | Case No. 1:21-cv-01426-NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR STAY OF CASE |
| v. | |
| J. MASON and COUNTY OF MERCED, | (Doc. 12) |
| Defendants. | |

The parties, Plaintiff Michael A. Barboza, Jr. (hereinafter "Plaintiff") and Defendants County of Merced and J. Mason (hereinafter "Defendants"), by and through their attorneys hereby stipulate as follows:

## STIPULATION

WHEREAS, Plaintiff filed the operative Complaint on September 24, 2021;

WHEREAS, Defendants County of Merced and J. Mason's time to file a response to Plaintiff's Complaint was extended from October 26, 2021 to December 10, 2021 per stipulation by the parties and Order of the Court;

WHEREAS, a Mandatory Scheduling Conference was set for January 13, 2022 and was continued by the Court to February 1, 2022;

WHEREAS, the parties previously stipulated to early discovery exchanges to assist in gathering information necessary for early resolution of this matter;

WHEREAS, the parties have discussed, agreed, and intend to attend to an early alternative dispute resolution session;

WHEREAS, Defendants County of Merced and J. Mason will require authority from its excess carrier to engage in meaningful settlement discussions and need additional time to review the case with the carrier;

NOW THEREFORE, the parties agree and stipulate that:

1. Defendants County of Merced and J. Mason have an extension to respond to the operative Complaint, for which such a response will be due 21 days after the parties attend the alternative dispute resolution session should such session be unsuccessful in resolving this matter;

3. Other than as previously agreed upon via stipulation, the parties agree to stay all other discovery and hearings in this matter until 21-days after the alternative dispute resolution session;

4. The parties will agree on either a magistrate judge or private mediator for the alternative dispute resolution.

///

///

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: December 10, 2021               PERKINS ASBILL

By: /s/ Natalia D. Asbill-Bearor  (as authorized 12/10/21)
Natalia D. Asbill-Bearor
Attorney for Plaintiff Michael Barboza, Jr.

Dated: December 10, 2021               Forrest W. Hansen
Merced County Counsel

By:    /s/ Jenna M. Anderson
Jenna M. Anderson
Chief Deputy County Counsel
Attorneys for Defendants

### ORDER

Pursuant to the parties' above stipulation (Doc. 12), and for good cause shown, IT IS HEREBY ORDERED as follows:

1. No response to the Complaint by Defendants County of Merced and J. Mason will be due until 21-days after the parties attempt alternative dispute resolution session(s), should the same be unsuccessful;

2. Discovery and this litigation is hereby STAYED other than as previously stipulated among the parties;

3. **By no later than January 14, 2022, and every thirty (30) days thereafter**, the parties shall submit a joint status report updating the Court on the status of the alternative dispute resolution.

IT IS SO ORDERED.

1  Dated: __**December 13, 2021**__                    ____/s/ *Sheila K. Oberto*

2                                                   UNITED STATES MAGISTRATE

3  JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28