Natalia D. Asbill-Bearor, SBN 281860
Robin K. Perkins, SBN 131252
PERKINS ASBILL, a Professional Law Corporation
707 Commons Drive, Suite 201
Sacramento, CA 95825
Telephone: (916) 446-2000
Facsimile: (916) 447-6400
Email: natalia@perkinsasbill.com

Attorneys for Plaintiff, Michael A. Barboza, Jr.

Forrest W. Hansen, SBN 235432
Merced County Counsel
Jenna M. Anderson, SBN 291467
Chief Deputy County Counsel
2222 M Street, 3rd Floor
Merced, CA  95340
Tel:    (209) 385-7564
Fax:   (209) 726-1337
Email: jenna.anderson@countyofmerced.com

Attorney for Defendants
J. Mason, and County of Merced

In the United States District Court

For the Eastern District of California, Fresno Division

| Michael A. Barboza, Jr., | Case No. 1:21-cv-01426-JLT-SKO |
|---|---|
| Plaintiff, | **Stipulation and Order to Attend Early Settlement Conference** |
| v. | |
| J. Mason, and County of Merced et al., | **(Doc. 18)** |
| Defendants. | |

The parties, Plaintiff Michael A. Barboza, Jr. (hereinafter "Plaintiff") and Defendants County of Merced and J. Mason (hereinafter "Defendants"), by and through their attorneys hereby stipulate as follows:

## STIPULATION

WHEREAS, on or about December 10, 2021, the parties stipulated to stay the above entitled matter;

WHEREAS, the parties have agreed to attend an early settlement conference;

WHEREAS, the parties have agreed that Magistrate Judge Kendall J. Newman may serve as settlement conference magistrate judge for a settlement conference with the parties;

WHEREAS, Magistrate Judge Kendall J. Newman is available to so serve; and,

NOW THEREFORE, the parties agree and stipulate as follows:

1. Magistrate Judge Kendall J. Newman will serve as the Magistrate Judge for the parties' early settlement conference; and,

2. The settlement conference will be scheduled for May 25, 2022, at 9:00 a.m. at the United States District Court, Eastern District of California, Sacramento Division.

3. The matter will continue to be stayed pending the outcome of the settlement conference

IT IS SO STIPULATED.

Dated: January 21, 2022              PERKINS ASBILL

                    By: /s/ Natalia D. Asbill-Bearor (as authorized 1/21/2022)
                        Natalia D. Asbill-Bearor
                        Attorney for Plaintiff Michael Barboza, Jr.

Dated: January 21, 2022                Forrest W. Hansen
                                       Merced County Counsel


                              By:  /s/ Jenna M. Anderson
                                       Jenna M. Anderson
                                       Chief Deputy County Counsel
                                       Attorneys for Defendants


## ORDER

For good cause shown, the Court GRANTS the parties' foregoing stipulation (Doc. 18), as follows:

1. Magistrate Judge Kendall J. Newman will serve as the Magistrate Judge for the parties' settlement conference;
2. The settlement conference will commence on May 25, 2022, at 9:00 AM at the United States District Court, Eastern District of California, Sacramento Division.  A minute order with additional detail will follow; and
3. The matter is stayed pending the outcome of the settlement conference.

IT IS SO ORDERED.

Dated:   **January 25, 2022**            /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE