**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL A. BARBOZA, JR.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>J. MASON and COUNTY OF MERCED,<br><br>　　　　　　　Defendants. | Case No. 1:21-cv-01426-JLT-SKO<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR REMOTE APPEARANCE OF MICHAEL A. BARBOZA, JR., CDCR NO. BM-3962<br><br>DATE: MAY 25, 2022<br>TIME:  9:00 A.M. |

　　　　Michael A. Barboza, Jr., CDCR No. BM-3962, the plaintiff in this case and a necessary participant in a settlement conference on MAY 25, 2022, is confined at California State Prison, Solano in the custody of the warden. To secure the inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian of the prison to produce the inmate for a remote appearance before Chief Magistrate Judge Kendall J. Newman, U.S. District Court, Eastern District of California, on MAY 25, 2022, at 9:00 A.M.

### ACCORDINGLY, THE COURT ORDERS:

　　　　1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the warden to produce the inmate named above, by Zoom videoconference, to participate in a settlement conference before Chief Magistrate Judge Kendall J. Newman on the date and time above, until completion of the conference or as ordered by the court. Zoom connection information will be supplied via separate email.

　　　　2. Any difficulties connecting to the Zoom videoconference shall be immediately reported to Alexandra Shaddox-Waldrop, Courtroom Deputy, at awaldrop@caed.uscourts.gov.

　　　　3.  The custodian is ordered to notify the court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California State Prison, Solano**

　　　　**WE COMMAND** you to produce the inmate named above to testify before Chief Magistrate Judge Newman on the date and time above, by Zoom videoconference, until completion of the proceedings or as ordered by the court.



　　　　**FURTHER**, you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  __**April 28, 2022**__　　　　　　　　__/s/ *Sheila K. Oberto*__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE